IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01616-WYD-KLM

BONNIE CHADWICK,

    Plaintiff,

v.

DENVER PUBLIC SCHOOL DISTRICT,

    Defendant.

---

**ORDER**

---

A four-day jury trial has been set in the above matter for **Monday, February 7, 2011, 9:00 a.m.**, 901 19th Street, Courtroom A1002, Tenth Floor, Denver, Colorado. A final trial preparation conference is set for **Tuesday, January 4, 2011, at 9:00 a.m.**.

    Dated: August 10, 2010

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge