IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01616-WYD-KLM

BONNIE CHADWICK,

    Plaintiff,

v.

DENVER PUBLIC SCHOOL DISTRICT,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Motion for Costs, filed March 21, 2011 [ECF No. 38]. I entered an order granting summary judgment in favor of Defendant on all of Plaintiff's claims on March 4, 2011. On March 7, 2011, Final Judgment entered in this case on March 7, 2011, and Plaintiff's complaint and this action were dismissed with prejudice. Upon review of the file in this matter, I find that the motion for costs should be **GRANTED**, and an **AMENDED JUDGMENT** shall enter granting Defendant costs pursuant to Fed. R. Civ. P. 54(d)(1).

    Dated: March 28, 2011

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Chief United States District Judge